UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Ziliang Jin, | Case No. 25-CV-01391 (JMB/JFD) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Kristi Noem, *Secretary of Department of Homeland Security, in her official capacity*; Todd Lyons, *Acting Director of Immigration & Customs Enforcement, in his official capacity*; and U.S. Immigration & Customs Enforcement, | |
| Defendants. | |

---

This matter is before the Court on Plaintiff Ziliang Jin's and Defendants Kristi Noem's, Todd Lyons's, and U.S. Immigration and Customs Enforcement's Joint Stipulation for Dismissal. (Doc. No. 37.) Jin wishes to dismiss his Amended Complaint (Doc. No. 11) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and pursuant to the conditions agreed to by Defendants (*see* Doc. No. 37 at ¶¶ 1-6).

Therefore, IT IS HEREBY ORDERED that the Amended Complaint (Doc. No. 11) is DISMISSED WITH PREJUDICE, and each party shall bear their own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  May 20, 2025  *s/Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court